RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste. 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JONATHAN SANDOVAL

Debtor(s).

BK-S-25-14664-nmc
Chapter 13

Hearing Date: October 23, 2025
Hearing Time: 1:30 pm

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN COMBINED WITH TRUSTEE'S REQUEST FOR DISMISSAL**

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL and hereby objects to confirmation of the Chapter 13 Plan and recommends that confirmation be denied and the case dismissed.

On August 12, 2025, the instant bankruptcy case was commenced. See Docket No. 1. The § 341(a) Meeting of Creditors was concluded on September 16, 2025. Confirmation of the proposed plan is currently pending. The Debtor(s) bear the burden of proof on all elements of plan confirmation. See In re Hill, 268 B.R. 548, 552 (B.A.P. 9th Cir. 1994). A proposed plan cannot be confirmed until the Court has ensured that all requirements of §1325 have been satisfied. See United Student Aid Funds, Inc. v. Espinosa, 130 S. Ct. 1367, 1380-81 (2010). Trustee objects to confirmation of the proposed plan because it does not satisfy the confirmation requirement of § 1325.

1  Initially, Trustee opposes confirmation as he has not completed his investigation into the
2  Debtor(s) financial affairs. In order to complete this investigation, the Trustee requests the following
3  documentation and amendments:

4  - Updated pay verification / profit & loss statements through confirmation;
   - Copy of bank statements for: Esquire Bank #4822: May 12 thru Aug 12 (non-filing
5    spouse's paycheck deposited here); Bank of America #7802: May 12 thru Jun 6, 2025;
   - Valuation on vehicles listed on Schedule B; and
6  - Amend Schedule B – include omitted bank account, Esquire Bank.

7  Debtor(s) have a duty to cooperate with the trustee. Failure to do so can result in denial of
8  confirmation and the dismissal of the underlying case. Therefore, confirmation should be denied and
9  the case dismissed if Debtor(s) fail to timely tender the above-mentioned documents to the Trustee.

10  Section 1325(a) requires the Court to withhold from confirming a plan until the plan
11  complies with the applicable provisions of Title 11. 11 U.S.C. § 1325(a). As such, Trustee requests
12  that this court withhold from confirming any proposed plan until the above objections have been
13  resolved. For the foregoing reasons, the Trustee requests that confirmation be DENIED. Trustee
14  further requests that the underlying case be DISMISSED if the Debtor(s) fail to timely resolve this
15  objection to confirmation or become delinquent in plan payments.

16  DATED this ___1st___ day of October, 2025.

18  _____
    Rick A. Yarnall, Chapter 13 Bankruptcy Trustee
19  701 Bridger Avenue, Suite 820
    Las Vegas, Nevada 89101

2

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 1st day of October, 2025, I provided a copy of the Trustee's Opposition to Confirmation to each of the following by:

[X] a.  **ECF System**:

- SETH D BALLSTAEDT    help@bkvegas.com, ballstaedtecf@gmail.com;Brooke@bkvegas.com;2667980420@filings.docketbird.com
- RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[X] b.  **United States mail, postage fully prepaid**:

JONATHAN SANDOVAL
6316 W. HALEH AVE.
LAS VEGAS, NV 89141

*/s/ Cindy Coons*
Cindy Coons, Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE